UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR124-0057 |
| | ) |
| v. | ) 18 U.S.C. § 1704 |
| | ) Possession of a Stolen Mail Key |
| CAMERON MARTINAS CURRY | ) |
| and | ) 18 U.S.C. § 1708 |
| QUAVAUN ENRECO RHODES | ) Possession of a Stolen Mail |
| | ) |
| | ) 18 U.S.C. § 922(o)(1) |
| | ) Possession of a Machinegun |
| | ) |
| | ) 18 U.S.C. § 1029(a)(3) |
| | ) Possession of Fifteen or More |
| | ) Unauthorized Access Devices |
| | ) |
| | ) 18 U.S.C. § 1344 |
| | ) Bank Fraud |
| | ) |
| | ) 18 U.S.C. § 1028A(a)(1) |
| | ) Aggravated Identity Theft |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of Stolen Mail Key*
18 U.S.C. §§ 1704

On or about November 8, 2023, in Columbia County, within the Southern District of Georgia, Defendants,

CAMERON MARTINAS CURRY,
and
QUAVAUN ENRECO RHODES,

aided and abetted by each other, did knowingly and unlawfully possess a key, serial number: 90-34228, suited to any lock adopted by the Postal Service, and in use on any of the mails thereof, with the intent to unlawfully and improperly use the same.

All in violation of Title 18, United States Code, Sections 1704 and 2.

## COUNT TWO
*Possession of Stolen Mail Key*
18 U.S.C. §§ 1704

On or about November 8, 2023, in Columbia County, within the Southern District of Georgia, Defendants,

**CAMERON MARTINAS CURRY,**
and
**QUAVAUN ENRECO RHODES,**

aided and abetted by each other, did knowingly and unlawfully possess a key, serial number: 420-3168, suited to any lock adopted by the Postal Service, and in use on any of the mails thereof, with the intent to unlawfully and improperly use the same.

All in violation of Title 18, United States Code, Sections 1704 and 2.

## COUNT THREE
*Possession of Stolen Mail Matter*
18 U.S.C. §§ 1708

On or about November 8, 2023, in Columbia County, within the Southern District of Georgia, Defendants,

**CAMERON MARTINAS CURRY,**
and
**QUAVAUN ENRECO RHODES,**

aided and abetted by each other, unlawfully possessed approximately 20 pieces of United States mail or mail matter, which had been stolen, taken, embezzled and abstracted from a letter box or post office, mail receptacle, mail route, or carrier, which was an authorized depository for mail matter, knowing the items described above to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT FOUR
*Possession of a Machinegun*
18 U.S.C. § 922(o)(1)

On or about October 5, 2023, in Richmond County, within the Southern District of Georgia, Defendant,

**QUAVAUN ENRECO RHODES,**

did knowingly possess a machinegun as defined in Title 26, United States Code, Section 5845(b), to wit: a (1) Glock 9mm caliber pistol modified with a machinegun conversion device, commonly known as a Glock switch, such that the said weapon shoots automatically more than one shot, without manual reloading, by a single function of the trigger, and (2) the Glock switch itself, a part designed and intended solely and exclusively for, and a combination of parts designed and intended for, converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Section 922(o)(1).

## COUNT FIVE
*Possession of Fifteen or More Unauthorized Access Devices*
18 U.S.C. § 1029(a)(3)

On or about October 5, 2023, in Richmond County, within the Southern District of Georgia, Defendant,

**QUAVAUN ENRECO RHODES,**

knowingly and with intent to defraud did possess at least fifteen unauthorized access devices, to wit, over 20 debit cards, which he knew were unauthorized access devices, such conduct affecting interstate commerce.

All in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNTS SIX THROUGH NINE
*Bank Fraud*
18 U.S.C. §§ 1344

On or about between September 15, 2023, through November 8, 2023, in Richmond and Columbia Counties, in the Southern District of Georgia, Defendants,

**CAMERON MARTINAS CURRY,**
and
**QUAVAUN ENRECO RHODES,**

aided and abetted by each other and others known and unknown, did knowingly execute and attempt to execute a scheme and artifice to defraud, and obtain money and property, owned by, or under the custody or control of, Wells Fargo Bank, Cadence Bank, and Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, using the manner and means identified below, which manner and means were material to the scheme and artifice

### MANNER AND MEANS OF THE SCHEME AND ARTIFICE

It was part of the scheme and artifice that Defendants **CAMERON MARTINAS CURRY and QUAVAUN ENRECO RHODES**, aided and abetted by each other and others, known and unknown, would steal business checks and personal checks from United States postal receptacles to include using an unauthorized United States Postal Service "arrow" key.

It was further part of the scheme and artifice that Defendants, **CAMERON MARTINAS CURRY and QUAVAUN ENRECO RHODES**, would sometimes sell these stolen checks to others, thereby exposing banks to financial loss.

7

It was further part of the scheme and artifice that Defendants, **CAMERON MARTINAS CURRY and QUAVAUN ENRECO RHODES**, would sometimes deposit these stolen checks or cause them to be deposited and withdraw cash to steal, thereby exposing banks to financial loss.

It was further part of the scheme and artifice that Defendants, **CAMERON MARTINAS CURRY and QUAVAUN ENRECO RHODES**, would sometimes create counterfeit checks from the information in these stolen checks and then negotiate these counterfeit checks, or cause them to be negotiated, thereby exposing banks to financial loss.

It was further part of the scheme and artifice that the Defendants, **CAMERON MARTINAS CURRY and QUAVAUN ENRECO RHODES**, would sometimes enlist others to deposit the stolen checks into these other individuals different bank accounts and then these other individuals would withdraw and steal money, splitting the proceeds, until the bank accounts were closed by the banks based on fraud.

It was further part of the scheme and artifice that the Defendant, **CAMERON MARTINAS CURRY**, would rent vehicles and use those vehicles to deposit these fraudulent checks into his own or other people's accounts to avoid being identified.

It was further part of the scheme and artifice that the Defendant, **CAMERON MARTINAS CURRY**, would wear a mask to hide his identity and avoid being identified on bank video cameras when depositing the fraudulent checks.

## THE EXECUTION OF THE SCHEME

On or about the dates listed below, Defendants **CAMERON MARTINAS CURRY and QUAVAUN ENRECO RHODES**, executed and attempted to execute the scheme and artifice as set forth above, by depositing and causing to be deposited, stolen and counterfeit checks into the bank accounts listed below, knowing the checks were false and fraudulent, and used the false and fraudulent obtained money and funds for his own use and benefit as more fully set out below:

| *Count* | *Date* | *Check #* | *Bank* | *Account* | *Location of Negotiation* | *Amount* |
|---|---|---|---|---|---|---|
| 6 | 09/15/23 | 214250 | Wells Fargo Bank | Blanchard & Calhoun Real Estate Co | Regions Bank, Augusta, GA | $7,243.00 |
| 7 | 09/18/23 | 2578 | Cadence Bank | Walker Real Estate | Regions Bank, Augusta, Ga. | $4,410.00 |
| 8 | 10/17/23 | 646750 | Bank of America | Terminix Service Inc. | Regions Bank, ATM Clearwater,SC | $20,000.00 |
| 9 | 10/18/23 | 646750 | Bank of America | Terminix Service Inc. | Navy Federal Credit Union, Augusta, Georgia | $20,000.00 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TEN
*Aggravated Identity Theft*
18 U.S.C. §§ 1028A

On or about September 15, 2023, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendant,

**CAMERON MARTINAS CURRY,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly transfer and possess and use, without lawful authority, the means of identification of another actual person, to-wit: the name of W.R., whose name is known to the Grand Jury, knowing that the means of identification was that of an actual person, during and in relation to the crime of Bank Fraud as charged in Count Six of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT ELEVEN
*Aggravated Identity Theft*
18 U.S.C. §§ 1028A

On or about September 18, 2023, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendant,

**CAMERON MARTINAS CURRY,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly transfer and possess and use, without lawful authority, the means of identification of another actual person, to-wit: the name, of S.W., whose name is known to the Grand Jury, knowing that the means of identification was that of an actual person, during and in relation to the crime of Bank Fraud as charged in Count Seven of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A and 2.

11

# COUNT TWELVE
*Aggravated Identity Theft*
18 U.S.C. §§ 1028A

On or about October 17, 2023, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendant,

**QUAVAUN ENRECO RHODES,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly transfer and possess and use, without lawful authority, the means of identification of another actual person, to-wit: the name, of S.D., whose name is known to the Grand Jury, knowing that the means of identification was that of an actual person, during and in relation to the crime of Bank Fraud as charged in Count Eight of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT THIRTEEN
*Aggravated Identity Theft*
18 U.S.C. §§ 1028A

On or about October 18, 2023, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendant,

**QUAVAUN ENRECO RHODES,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly transfer and possess and use, without lawful authority, the means of identification of another actual person, to-wit: the name, of S.D., whose name is known to the Grand Jury, knowing that the means of identification was that of an actual person, during and in relation to the crime of Bank Fraud as charged in Count Nine of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts Four, Five, Six, and Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C), 982(a)(2), and 982(a)(8), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count Four of this Indictment, the Defendant, **QUAVAUN ENRECO RHODES**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: a Glock, Model 19, 9mm pistol, bearing serial number BRXY700, and any associated ammunition and Glock switch devices.

Upon conviction of the offense set forth in Count Five of this Indictment, the Defendant, **QUAVAUN ENRECO RHODES,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), 982(a)(8), and Title 28, United States Code, Section 2461(c), any property used or intended to be used to commit, to facilitate, or to promote the commission of such offense, and any property constituting, derived from, or traceable to the gross proceeds that the defendant obtained directly or indirectly as a result of the offense.

Upon conviction of the offenses set forth in Counts Six, Seven, and Eight of this Indictment, the Defendants, **CAMERON MARTINAS CURRY and QUAVAUN ENRECO RHODES,** shall forfeit to the United States of America, pursuant to Title

18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

If any of the property described above, as a result of any act or commission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
David H. Estes
Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney

15