UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR 124-0057

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 1704 |
| ) | Possession of a Stolen Mail Key |
| CAMERON MARTINAS CURRY ) | |
| and ) | 18 U.S.C. § 1708 |
| QUAVAUN ENRECO RHODES ) | Possession of a Stolen Mail |
| ) | |
| ) | 18 U.S.C. § 922(o)(1) |
| ) | Possession of a Machinegun |
| ) | |
| ) | 18 U.S.C. § 1029(a)(3) |
| ) | Possession of Fifteen or More |
| ) | Unauthorized Access Devices |
| ) | |
| ) | 18 U.S.C. § 1344 |
| ) | Bank Fraud |
| ) | |
| ) | 18 U.S.C. § 1028A(a)(1) |
| ) | Aggravated Identity Theft |

## ORDER TO SEAL

Based upon the motion of the Government to seal pursuant to S.D. Ga. Loc. Crim. R. 49.1, and for good cause shown therein, it is hereby ORDERED:

That the Indictment filed in this Court for the above-mentioned Defendants, and the Government's Motion to Seal the Indictment, and this Order be sealed.

That these filings including and related to the Indictment of Defendants be sealed until a motion from the Government upon Defendants' apprehension, unless a contrary order is entered by the Court continuing the sealing in this case.

The access and use of the sealed materials is limited to the Court, the

Government, and law enforcement agencies attempting to effectuate an arrest.

So ORDERED, this 8th day of October 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA