UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR: 124-0057 |
| | ) | |
| **CAMERON MARTINAS CURRY and** | ) | |
| **QUAVAUN ENRECO RHODES** | ) | |

**GOVERNMENT'S PROPOSED PLAN FOR NOTIFICATION TO VICTIMS**

Now comes the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and hereby submits a proposed plan for notification of victims of a mail theft scheme perpetuated by the Defendants in and around Augusta, Georgia.

The Court conducted guilty plea hearings for Defendant Rhodes on May 12, 2025, and for Defendant Curry on May 19, 2025. Both Defendants entered guilty pleas to Possession of a Stolen Mail Key, Possession of Stolen Mail Matter, Bank Fraud, and Aggravated Identity Theft. As explained by investigative authorities, the case involved stolen mail, specifically stolen business checks belonging to numerous victims that were used by the Defendants to commit Bank Fraud and Aggravated Identity Theft. On May 19, 2025, the Court ordered the Government to propose a plan for victim notification and dissemination in light of the severity of the Defendants'

scheme and to ensure compliance with the Crime Victims' Rights Act, 18 U.S.C. § 3771. (Doc. 62)

The Government has made certain efforts during the pendency of this matter to notify victims pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771. Prior to each stage of prosecution, the Government served victims with notices. After the Defendants' October 8, 2024, indictment, approximately 77 letters were prepared by the Government and mailed to victims of the Defendants' scheme on February 4, 2025. (*See Attachment 1*).  In the February 4, 2025 notice, the Government informed individuals they were identified as a victim or potential victim in this matter and listed each right entitled to a crime victim under 18 U.S.C. § 3771. Id. Victims were also informed of the Defendants' custody status and instructed how to direct any inquiries to the Government. Id. Notices will continue to be provided as victims are newly added.  On May 14, 2025, and May 20, 2025, the Government notified victims of the Defendants' (Rhodes and Curry respectively) change of pleas and requested victims to provide the Government with impact statements and/or requests for restitution. (*See Attachments 2 and 3*).

In accordance with the May 19, 2025, order and to ensure appropriate notice to victims, both identified and potentially unidentified, the Government intends to make the following efforts. The Government has prepared a joint press release identifying this matter, along with two other cases pending in the Augusta Division of this District, involving offenses related to mail theft. (*See Attachment 4*).  The press release includes each case, the respective defendants, a brief description of the

2

defendants' criminal scheme in each case, and the affected United States Postal Service Blue Boxes with an approximate time span when victims may have been impacted. Victims of mail theft by these Defendants will be encouraged to appear at future proceedings and/or submit a victim impact statement for consideration at sentencing. As the Defendants are not scheduled for sentencing at the time of this proposal, the Government intends to post hearing dates, times, and locations in updated press releases. Further, individuals who believe they may be victims of mail theft from the Peach Orchard Road Post Office, located at 3108 Peach Orchard Road, Augusta, Georgia, between March 1, 2023, and November 30, 2023, will be directed to contact the United States Postal Inspector Service (USPIS) by June 30, 2025, to file a report with a corresponding case number. Should victims contact the Government or USPIS after June 30, 2025, but prior to the Defendants' sentencings, the Government will not neglect the sentiments of those individuals.

The Government believes these steps in conjunction with prior victim notification efforts offer the public and victims the best opportunity to be heard. As requested, defense counsels have been offered the opportunity to provide input on the Government's proposed plan for victim notification prior to filing.

Respectfully submitted, this 2nd day of June, 2025.

*(Signature on the following page.)*

3

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

***/s/ David H. Estes***
David H. Estes
Assistant United States Attorney
Georgia Bar No. 361822
United States Attorney's Office
Southern District of Georgia
Post Office Box 8970
Savannah, Georgia 31412
T: (912) 652-4422
David.estes@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 2nd day of June, 2025.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ David H. Estes*
David H. Estes
Assistant United States Attorney
Georgia Bar No. 361822
United States Attorney's Office
Southern District of Georgia
Post Office Box 8970
Savannah, Georgia 31412
T: (912) 652-4422
David.estes@usdoj.gov