

**U.S. Department of Justice**
Southern District of Georgia
Post Office Box 8970
Savannah, GA 31412
Phone: (912) 201-2532
Fax: (912) 652-4805

May 20, 2025

Re: United States v. Defendant(s) Cameron Martinas Curry
and Court Docket Number 24-CR-00057

Dear ▮▮▮▮▮▮▮▮▮▮▮▮▮ .:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

On May 19, 2025, defendant Cameron Martinas Curry pled guilty to the charges listed below. Any remaining counts will be disposed of at the time of sentencing. As a result of the guilty plea, there will be no trial involving this defendant.

| Number of Charges | Description of Charge(s) | Disposition |
|---|---|---|
| 1 | Postal keys or locks stolen or reproduced | Guilty |
| 1 | Fraud and related activity - id documents | Guilty |
| 1 | Theft or receipt of stolen mail matter generally | Guilty |
| 1 | Bank or financial institution fraud | Guilty |

It is helpful for the Court to know the impact of this crime on its victims. In an effort to provide this information to the Court, we are enclosing a Victim Impact Statement. If you choose to complete a statement, please forward it to:

United States Attorneys Office
Southern District of Georgia
Post Office Box 8970
Savannah, GA 31412

This is one way the Court can hear your concerns as they relate to the crime. A United States Probation Officer may also contact you in an effort to obtain additional victim impact information. Victim impact information is generally not public information; however, under criminal law and procedures, all information contained in your questionnaire will be disclosed to the defendant and his attorney.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at

1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

For many VNS registrants email will provide the most timely notification. The email address VNS currently has for you is 59charlesimpala@gmail.com. This email address has not been verified in VNS. As a result all notifications sent to this email address will contain limited information. To receive subsequent emails <u>with the full text of the notification</u> you must <u>verify</u> this email address by accessing the VNS Internet web page using the login information provided above. If the email address provided above is incorrect, please update the email address by accessing the VNS Web site.

Once you have verified/updated your email address, most, if not all, future notifications will be provided by email and not by letter. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '███████' and Personal Identification Number (PIN) '████' anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is ███████

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Tara Lyons
United States Attorney



████████

Victim Assistance Specialist