

FOR IMMEDIATE RELEASE

## Five Defendants including Postal worker, await sentencing for possessing stolen mail keys, theft of stolen mail matter, bank fraud and aggravated identity theft, in separate cases.

**AUGUSTA, GA:**  Five Richmond County residents face various terms of years in prison after pleading guilty to illegally possessing a master key for postal service mailboxes and other felony counts occurring in 2023.  This investigation is on-going.

**Davion Chelsea Easterling**, 26, and **Corey Jamario Gunter**, 24, both of Augusta, await sentencing after pleading guilty to Aiding and Abetting Possession of a Stolen Mail Key. The plea agreements subject each defendant to a statutory penalty of up to 10 years in prison, along with substantial financial penalties and up to three years of supervised release upon completion of any prison term. There is no parole in the federal system.

**Cameron Martinas Curry**, 22, and **Quavaun Enreco Rhodes**, 22, both of Augusta, await sentencing after pleading guilty to Possession of a Stolen Mail Key, Possessing Stolen Mail Matter, Bank Fraud, and Aggravated Identity Theft. The plea agreements subject each defendant to a statutory penalty of up to 30 years in prison, along with substantial financial penalties and up to five years of supervised release upon completion of any prison term. There is no parole in the federal system.

**Earl Demetrius Overton**, 32, of Augusta, awaits sentencing after pleading guilty to Possession of a Firearm by a Prohibited Person, Bank Fraud, and Aggravated Identity Theft related to stolen mail. The plea agreement subjects the defendant to a statutory penalty of up to 30 years in prison, along with substantial financial penalties and up to five years of supervised release upon completion of any prison term. There is no parole in the federal system.

As described in court documents and testimony, Easterling was employed by the U.S. Postal Service and shared a residence with Gunter. An investigation by the U.S. Postal Inspection Service and the Richmond County Sheriff's Office in 2023, led to a search of their residence pursuant to a state search warrant, where investigators found large quantities of stolen mail and multiple postal bins, along with a master key used to access postal service boxes.  The investigation revealed that mail was stolen from a USPS Blue Box, located at the U.S. Post Office, 3108 Peach Orchard Road, Augusta, Georgia.

The plea agreements concede that the number of mail-theft victims in the case is greater than 10, and the defendants abandoned any claim to the mail so it could be returned to individual senders. Gunter also agreed to forfeit a .45-caliber semiautomatic pistol seized during the search.

U.S. District Court Judge J. Randal Hall will schedule sentencing hearings for Easterling and Gunter upon completion of pre-sentence investigations by U.S. Probation Services.

Pertaining to Curry and Rhodes, as described in court documents and testimony, the defendants were detained by the Columbia County Sheriff's Office for a traffic stop after suspecting that the defendants had stolen mail from a USPS Blue Box, located at the U.S. Post Office, 125 Commercial Boulevard, Martinez, Georgia. Upon contact with the defendants, the deputies observed what appeared to be stolen U.S. Mail inside the vehicle. An investigation by the U.S. Postal Inspection Service determined that there was no forced entry on the USPS Blue Box. The vehicle was searched but no key was found. After canvassing the area, a pair of U.S. Postal Master Keys were found less than thirty yards from the vehicle.

As the investigation continued, a federal search warrant was obtained for both defendant's phones and agents found several check images with a face value totaling $485,000. Additionally, numerous text messages and screenshots revealed that they were in the business of stealing checks from the mail and depositing, altering, or selling them for the purpose of Bank Fraud and Aggravated Identity Theft.

U.S. District Court Judge Dudley H. Bowen will schedule sentencing hearings for Curry and Rhodes upon completion of pre-sentence investigations by U.S. Probation Services.

Pertaining to Overton, as described in court documents and testimony, the defendant was arrested by the Richmond County Sheriff's Office, pursuant to an arrest warrant, while driving a vehicle. The defendant was found to be in possession of a firearm and is a prohibited person because of a previous felony conviction.

A follow up search warrant of the defendant's home revealed numerous stolen checks, stolen mail, and various debit cards belonging to other people. Additional investigation revealed that Overton was stealing checks from the mail and depositing, altering, or selling them for the purpose of Bank Fraud and Aggravated Identity Theft.

U.S. District Court Judge J. Randal Hall will schedule a sentencing hearing for Overton upon completion of pre-sentence investigations by U.S. Probation Services.

"Mail theft has become an epidemic, and it is exceptionally costly to individuals and businesses victimized by these illegal activities," said Acting U.S. Attorney Tara M. Lyons. "These prosecutions hold accountable these defendants – including one who betrayed the trust granted by her U.S. Postal Service employment."

"These cases are examples of individuals who made a decision to engage in criminal misconduct involving the U.S. mail that will not go unpunished," said Rodney M. Hopkins, Inspector in Charge of the Atlanta Division. "The U.S. Postal Inspection Service is committed to protecting our customers and preserving the integrity of the mail."

"The vast majority of U.S. Postal Service employees are honest, hardworking individuals who would never violate the public trust in this manner," said Special Agent in Charge Jonathan Ulrich of the U.S. Postal Service Office of Inspector General. "But for those who do, our special agents, along with our law enforcement partners, will aggressively investigate these federal crimes to protect the sanctity of the U.S. Mail. These guilty pleas are a testament to the dedication of the investigative and legal teams and should send a strong message to any employee who thinks of conspiring with others to steal arrow keys and betray the public's trust."

"Possessing stolen mail keys and engaging in the theft of personal and private correspondence is not only a breach of trust but a crime against the public," said Paul Brown, Special Agent in Charge of FBI Atlanta. "These convictions send a clear message: law enforcement will not tolerate the theft of our nation's mail, and those who abuse their position of trust will be held accountable."

These cases were investigated by the U.S. Postal Inspection Service, the U.S. Postal Service Office of Inspector General, the Federal Bureau of Investigation, the Richmond County Sheriff's Office, and the Columbia County Sheriff's Office, and prosecuted for the United States by Southern District of Georgia Assistant U.S. Attorneys Joshua Kyle Davis and David Estes.

The United States Attorney's Office urges the public that if you believe you are a victim of mail theft from the Martinez Post Office, or the Peach Orchard Road Post Office between the dates of March 1, 2023 and November 30, 2023, and you have not been contacted by the United States Attorney's Office, please file a report by June 30, 2025, with the United States Postal Inspection Service at USPIS.gov/report, referencing USPIS Case Numbers 4183320-MT and 4207963-MT  Mail theft victims who have been contacted by the United States Attorney's Office are encouraged to submit victim impact statements as outlined in their notice and/or appear at future sentencings.  As these defendants are not currently scheduled for sentencing, the United States Attorney's Office intends to post hearings dates and times on its website at https://www.justice.gov/usao-sdga/pr.

For any questions, please contact the U.S. Attorney's Office at (912) 652-4422.

18-25