UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                                                              1:24 CR 0057

**CAMERON MARTINAS CURRY,**

        **Defendant**.

_____

**TAKE NOTICE** that **at the direction of Judge Dudley H. Bowen, Jr.** a proceeding in the above criminal action has been set for the place, date and time set forth below.

_____

**DATE AND TIME**:   TUESDAY, JUNE 10, 2025, at 3:00 PM

Any requests for continuance or rescheduling should be submitted in the form of a motion and filed with the Clerk of Court.

Please allow extra arrival time to clear security at the door and be prepared to produce personal identification at the security desk when entering the building. Attorney vehicles may be parked within the campus.

_____

**VENUE:** FEDERAL JUSTICE CENTER              **NOTE:**   ENTER THE CAMPUS AT
        UNITED STATES DISTRICT COURT                  THE GUARDHOUSE
        600 JAMES BROWN BOULEVARD                   600 JAMES BROWN BLVD
        COURTROOM 1                                                   9TH STREET
        AUGUSTA, GEORGIA

_____

**PROCEEDINGS:**     BOND REVOCATION HEARING

_____

DATE:   June 9, 2025          I hereby certify that the foregoing notice was served on
                                              date of issuance to attorneys of record, court reporter,
                                              U.S. Probation Office, and U.S. Marshals Service via CM/ECF.


                                              JOHN E. TRIPLETT, CLERK OF COURT
                                              MORGAN AKINS, COURTROOM DEPUTY CLERK
                                              706-849-4411